| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 09, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AARON D. RUTLIDGE,<br><br>　　　　　　Defendant. | Case No.  2:17-po-272-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON D. RUTLIDGE ,

Case No.  2:17-po-272-CKD  Charge 41 CFR 102-74.390 , from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　_____　Appearance Bond with Surety

　　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　__X__　(Other): TIME SERVED.

Issued at Sacramento, California on September 09, 2020 at __2:25 pm_____.

　　　　　　　　　　By:　/s/ Carolyn K. Delaney _____

　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney